```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

BRUCE COLLINS, on his own behalf and
others similarly situated,

              Plaintiff,

vs.                                    Case No.  2:09-cv-382-FtM-29SPC

LEE COUNTY, a political subdivision
of the State of Florida,

              Defendant.
_____

## OPINION AND ORDER

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #42), filed January 28, 2010, recommending that the parties' Joint Notice of Filing and Joint Motion for Approval of Settlement as Stipulated Final Judgment (Doc. #41) be granted, the settlement approved, and the case dismissed with prejudice.  No objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. §

636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge and approves the settlement as fair and reasonable.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation is hereby **adopted** and the findings incorporated herein.

2. The parties' Joint Notice of Filing and Joint Motion for Approval of Settlement as Stipulated Final Judgment (Doc. #41) is **GRANTED** and the Settlement Agreement and Full and Final Mutual Release of All Claims (Doc. #41-1) is **approved** as fair and reasonable.

3. The Clerk shall enter judgment **dismissing** the case with prejudice, except as otherwise provided by the settlement agreement, terminate all deadlines and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __16th__ day of February, 2010.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties